AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Juluke | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-03271-M |
| | ) | |
| Retail SWC Mall LLC | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Retail SWC Mall LLC, a Texas Limited Liability Company
    By Serving Registered Agent: James Khezrie
    3662 W. Camp Wisdom Rd., Suite 1084
    Dallas, TX 75237

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Louis Mussman
    12550 Biscayne Blvd
    Suite 406
    Miami , FL 33181

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/10/2014

*Signature of Clerk or Deputy Clerk*



**USA-Serve**
Nationwide Process Services

PO Box 254
Mickleton, NJ 08056
1-888-778-8721
www.usa-serve.com

DOCUMENT PRINTED
Wednesday, September 17, 2014



ORDER#
12539

JAMES JULUKE, JR.

{Plaintiff}

vs.

RETAIL SWC MALL, LLC

{Defendant}

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

DOCKET/CAUSE #:   3:14-CV-03271-M

# RETURN OF DELIVERY

**Defendant/Respondent/Witness (Name & Address):**
JAMES KHEZRIE
3662 W. CAMP WISDOM RD.
SUITE 1084
DALLAS      TX      75237

**Attorney:**
Ku & Mussman, P.A.
12550 Biscayne Blvd. Suite 406
Miami      FL      33181

**File Number:** 4

**Came To Hand:** September 16, 2014 12:00 AM

**Document(s):** SUMMONS AND COMPLAINT

**Attempts:**

**Delivery Status:** Delivered    **Date:** Wednesday, September 17, 2014    **Time:** 02:55 PM

Delivered a true copy to a person authorized to accept service on behalf of the company or agency.

**Delivered To (person and relationship/title):**
LISA LONG
GENERAL MANAGER

**Delivery Address:** 3662 W. CAMP WISDOM RD. DALLAS TX

**Witness/Statutory Fee Delivered:** $0.00

**Description of person accepting delivery:**
Sex: Female   Age: 51-60   Height: 5'7"-5'9"   Weight: 150-160   Race: White   Hair Color: Blonde
Other:

**Verification:**
SUBSCRIBED AND SWORN to before me, a notary public, the named authorized person who proved on the basis of satisfactory evidence to be the person who appeared before me and declared that the statements therein contained are true and correct

this 17TH day of SEPTEMBER, 20 14

Notary Public Signature / Commission Expiration   EXP 4/27/15

**Authorized Person:**
I, KYLE BOWERS, was at the time of service a competent adult of suitable age and discretion not having a direct interest in the litigation. I declare under penalty that the foregoing is true and correct.

(x) _____
KYLE BOWERS
USA-Serve, LLC.



Juanita E. Bowers
Notary Public,
State of Texas
Comm. Exp. 04-27-15