UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) ) Case No.: 3:14-cv-03271-M ) |
| v. | ) ) |
| RETAIL SWC MALL LLC, a Texas Limited Liability Company, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that the office of Ku & Mussman, P.A., Attorneys for Plaintiff, has relocated to the following:

New Address:
6001 NW 153rd Street
Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
Fax: (305) 891-4512

All notices and documents regarding this action should be sent to the above address.

Dated: April 21, 2015          Respectfully Submitted,

By: */s/ Louis Mussman*
Louis I. Mussman
N.D.Tex. Bar No. 597155FL
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on this 21st day of April, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following counsel of record:

Phillip J. Conley, Esq.
Conley Rosenberg Mendez & Brenneise LLP
5080 Spectrum Drive, Suite 850E
Addison, Texas 75001

By: */s/ Louis Mussman*
Louis I. Mussman, Esq.