UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, ) ) ) | |
| Plaintiff, ) | Case No.: 3:14-cv-03271-M |
| v. ) ) | |
| RETAIL SWC MALL LLC, ) a Texas Limited Liability Company, ) ) | |
| Defendant. ) _____  ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES JOSEPH JULUKE, JR, and Defendant, RETAIL SWC MALL LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice. The parties further stipulate that, except as agreed between the parties, each party shall be responsible for its own fees and costs.


Respectfully Submitted,                                      Respectfully Submitted,


*/s/ Louis I. Mussman*                                          */s/ Phillip J. Conley*_____
Louis I. Mussman                                                  Phillip J. Conley
N.D. TX No. 597155FL                                         Texas Bar No. 04666200
Ku & Mussman, P.A.                                             Conley Rosenberg
6001 NW 153rd Street, Suite 100                           Mendez & Brenneise, LLP
Miami Lakes, Florida 33014                                  5080 Spectrum Drive, Suite 850 E
Tel: (305) 891-1322                                                Addison, Texas 75001
Fax: (305) 891-4512                                               Phone 972-364-9700
                                                                              Fax 972-713-6480
                                                                              pjc@crb-law.com
*Attorney for Plaintiff*

*Attorneys for Defendant,*
*Retail SWC Mall LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15th, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Phillip J. Conley, Esq.
    Conley Rosenberg Mendez & Brenneise LLP
    5080 Spectrum Drive, Suite 850E
    Addison, Texas 75001

                        By:    */s/ Louis I. Mussman*
                                Louis I. Mussman, Esq.